[Nos. 23225–8–I; 23227–4–I.   Division One.   July 30, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DANNY
THOMPSON, *Appellant.*

Appeals from a judgment of the Superior Court for King
County, No. 88–1–03511–0, Norman W. Quinn, J., entered

November 1, 1988. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Scholfield and Baker, JJ.